UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FEDERAL HOUSING FINANCE             :
AGENCY, AS CONSERVATOR FOR THE:
FEDERAL HOME LOAN MORTGAGE     :
CORPORATION,                                      :        No. 11 Civ. 7010 (RJH)
                                                              :
                          Plaintiff,                   :
                v.                                         :
                                                              :
ALLY FINANCIAL INC., et al.,                 :
                                                              :
                          Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for Defendant Barclays Capital Inc.  I certify that I am admitted to practice in this Court.

Dated:  October 6, 2011

        Respectfully submitted,

        /S/     Brian T. Frawley
        Brian T. Frawley (frawleyb@sullcrom.com)

        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, NY  10004-2498
        Telephone:  212-558-4000
        Facsimile:  212-558-3588

        *Counsel for Defendant Barclays Capital Inc.*