UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X
FEDERAL HOUSING FINANCE AGENCY, as Conservator for THE FEDERAL HOME LOAN MORTGAGE CORPORATION,

                 Plaintiff,

                 -against-

ALLY FINANCIAL INC. f/k/a GMAC, LLC, GMAC MORTGAGE GROUP, INC., RESIDENTIAL CAPITAL LLC f/k/a RESIDENTIAL CAPITAL CORPORATION, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION, ALLY SECURITIES, LLC f/k/a RESIDENTIAL FUNDING SECURITIES, LLC d/b/a GMAC RFC SECURITIES and f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION, RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., RESIDENTIAL ASSET SECURITIES CORPORATION, RESIDENTIAL ACCREDIT LOANS, INC., J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES INC. and as Successor-in-Interest to BEAR, STEARNS & CO., INC., CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC, RBS SECURITIES, INC. d/b/a RBS GREENWICH CAPITAL and f/k/a GREENWICH CAPITAL MARKETS, INC., CITIGROUP GLOBAL MARKETS INC., BARCLAYS CAPITAL INC., UBS SECURITIES LLC, and

No. 11-cv-7010 (RJH)

-2-

GOLDMAN, SACHS & CO.,                    :
                                         :
                Defendants.
-------------------------------------------------------X

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for Defendant J.P. Morgan Securities LLC.  I certify that I am admitted to practice in this Court.

Dated:  October 7, 2011
       New York, New York

                                    Respectfully submitted,

                                     /s/ Penny Shane
                                   Penny Shane
                                   (*shanep@sullcrom.com*)
                                   SULLIVAN & CROMWELL LLP
                                   125 Broad Street
                                   New York, New York 10004-2498
                                   Telephone:  (212) 558-4000
                                   Facsimile:  (212) 558-3588

                                   *Counsel for J.P. Morgan Securities LLC*