UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
FEDERAL HOUSING FINANCE : 
AGENCY, as Conservator for THE : 
FEDERAL HOME LOAN : 
MORTGAGE CORPORATION, : 
 : 
                      Plaintiff, : 
 :   No. 11-cv-7010 (RJH)
             -against- : 
 : 
ALLY FINANCIAL INC. f/k/a GMAC, : 
LLC, GMAC MORTGAGE GROUP, : 
INC., RESIDENTIAL CAPITAL LLC : 
f/k/a RESIDENTIAL CAPITAL : 
CORPORATION, GMAC-RFC : 
HOLDING COMPANY, LLC d/b/a : 
GMAC RESIDENTIAL FUNDING : 
CORPORATION, RESIDENTIAL : 
FUNDING COMPANY, LLC f/k/a : 
RESIDENTIAL FUNDING : 
CORPORATION, ALLY SECURITIES, : 
LLC f/k/a RESIDENTIAL FUNDING : 
SECURITIES, LLC d/b/a GMAC RFC : 
SECURITIES and f/k/a RESIDENTIAL : 
FUNDING SECURITIES : 
CORPORATION, RESIDENTIAL : 
ASSET MORTGAGE PRODUCTS, : 
INC., RESIDENTIAL ASSET : 
SECURITIES CORPORATION, : 
RESIDENTIAL ACCREDIT LOANS, : 
INC., J.P. MORGAN SECURITIES : 
LLC f/k/a J.P. MORGAN SECURITIES : 
INC. and as Successor-in-Interest to : 
BEAR, STEARNS & CO., INC., : 
CREDIT SUISSE SECURITIES (USA) : 
LLC f/k/a CREDIT SUISSE FIRST : 
BOSTON LLC, RBS SECURITIES, : 
INC. d/b/a RBS GREENWICH : 
CAPITAL and f/k/a GREENWICH : 
CAPITAL MARKETS, INC., : 
CITIGROUP GLOBAL MARKETS : 
INC., BARCLAYS CAPITAL INC., : 
UBS SECURITIES LLC, and :

| | |
|---|---|
| GOLDMAN, SACHS & CO., | : |
| | : |
| Defendants. | |

-------------------------------------------------------X

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for Defendant J.P. Morgan Securities LLC.  I certify that I am admitted to practice in this Court.

Dated:  October 7, 2011
       New York, New York

                    Respectfully submitted,

                    /s/ Jonathan M. Sedlak
                    Jonathan M. Sedlak
                    (*sedlakj@sullcrom.com*)
                    SULLIVAN & CROMWELL LLP
                    125 Broad Street
                    New York, New York 10004-2498
                    Telephone:  (212) 558-4000
                    Facsimile:  (212) 558-3588

                    *Counsel for J.P. Morgan Securities LLC*