UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
FEDERAL HOUSING FINANCE : 
AGENCY, as Conservator for THE :
FEDERAL HOME LOAN :
MORTGAGE CORPORATION, :
 :
                Plaintiff, :
 :  No. 11-cv-7010 (RJH)
       -against- :
 :
ALLY FINANCIAL INC. f/k/a GMAC, :
LLC, GMAC MORTGAGE GROUP, :
INC., RESIDENTIAL CAPITAL LLC :
f/k/a RESIDENTIAL CAPITAL :
CORPORATION, GMAC-RFC :
HOLDING COMPANY, LLC d/b/a :
GMAC RESIDENTIAL FUNDING :
CORPORATION, RESIDENTIAL :
FUNDING COMPANY, LLC f/k/a :
RESIDENTIAL FUNDING :
CORPORATION, ALLY SECURITIES, :
LLC f/k/a RESIDENTIAL FUNDING :
SECURITIES, LLC d/b/a GMAC RFC :
SECURITIES and f/k/a RESIDENTIAL :
FUNDING SECURITIES :
CORPORATION, RESIDENTIAL :
ASSET MORTGAGE PRODUCTS, :
INC., RESIDENTIAL ASSET :
SECURITIES CORPORATION, :
RESIDENTIAL ACCREDIT LOANS, :
INC., J.P. MORGAN SECURITIES :
LLC f/k/a J.P. MORGAN SECURITIES :
INC. and as Successor-in-Interest to :
BEAR, STEARNS & CO., INC., :
CREDIT SUISSE SECURITIES (USA) :
LLC f/k/a CREDIT SUISSE FIRST :
BOSTON LLC, RBS SECURITIES, :
INC. d/b/a RBS GREENWICH :
CAPITAL and f/k/a GREENWICH :
CAPITAL MARKETS, INC., :
CITIGROUP GLOBAL MARKETS :
INC., BARCLAYS CAPITAL INC., :
UBS SECURITIES LLC, and :

GOLDMAN, SACHS & CO.,            :
                                 :
                Defendants.
-------------------------------------------------------X

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for Defendant J.P. Morgan Securities LLC.  I certify that I am admitted to practice in this Court.

Dated:  October 7, 2011
        New York, New York

        Respectfully submitted,

        */s/ David A. Castleman*
        David A. Castleman
        (*castlemand@sullcrom.com*)
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, New York 10004-2498
        Telephone:  (212) 558-4000
        Facsimile:  (212) 558-3588

        *Counsel for J.P. Morgan Securities LLC*