UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
FEDERAL HOUSING FINANCE
AGENCY, as Conservator for THE
FEDERAL HOME LOAN
MORTGAGE CORPORATION,

                   Plaintiff,

                -against-

ALLY FINANCIAL INC. f/k/a GMAC,
LLC, GMAC MORTGAGE GROUP,
INC., RESIDENTIAL CAPITAL LLC
f/k/a RESIDENTIAL CAPITAL
CORPORATION, GMAC-RFC
HOLDING COMPANY, LLC d/b/a
GMAC RESIDENTIAL FUNDING
CORPORATION, RESIDENTIAL
FUNDING COMPANY, LLC f/k/a
RESIDENTIAL FUNDING
CORPORATION, ALLY SECURITIES,
LLC f/k/a RESIDENTIAL FUNDING
SECURITIES, LLC d/b/a GMAC RFC
SECURITIES and f/k/a RESIDENTIAL
FUNDING SECURITIES
CORPORATION, RESIDENTIAL
ASSET MORTGAGE PRODUCTS,
INC., RESIDENTIAL ASSET
SECURITIES CORPORATION,
RESIDENTIAL ACCREDIT LOANS,
INC., J.P. MORGAN SECURITIES
LLC f/k/a J.P. MORGAN SECURITIES
INC. and as Successor-in-Interest to
BEAR, STEARNS & CO., INC.,
CREDIT SUISSE SECURITIES (USA)
LLC f/k/a CREDIT SUISSE FIRST
BOSTON LLC, RBS SECURITIES,
INC. d/b/a RBS GREENWICH
CAPITAL and f/k/a GREENWICH
CAPITAL MARKETS, INC.,
CITIGROUP GLOBAL MARKETS
INC., BARCLAYS CAPITAL INC.,
UBS SECURITIES LLC, and

No. 11-cv-7010 (RJH)

```
                                              -2-
```

| | |
|---|---|
| GOLDMAN, SACHS & CO., | : |
| | : |
| Defendants. | |
| ------------------------------------------------------X | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant J.P. Morgan Securities LLC certifies as follows:

1. JPMorgan Chase & Co. is a publicly-held company whose shares are traded on the New York Stock Exchange. It has no parent company and no publicly held company owns more than 10% of its shares.

2. J.P. Morgan Securities LLC, formerly known as J.P. Morgan Securities Inc., is a wholly-owned subsidiary of J.P. Morgan Broker-Dealer Holdings, Inc., which is a wholly-owned subsidiary of JPMorgan Chase & Co.

Dated: October 7, 2011
New York, New York

                                        Respectfully submitted,

                                        /s/ Penny Shane
                                       Penny Shane (*shanep@sullcrom.com*)
                                       SULLIVAN & CROMWELL LLP
                                       125 Broad Street
                                       New York, New York 10004-2498
                                       Tel: (212) 558-4000
                                       Fax: (212) 558-3588

                                       *Counsel for JPMorgan Securities LLC*