UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL HOME LOAN MORTGAGE CORPORATION, | : : : : : : | No. 11-cv-7010 (RJH) |
| Plaintiff, | : : | **CONSENT BY DEFENDANT J.P. MORGAN SECURITIES LLC TO REMOVAL** |
| v. | : : | |
| ALLY FINANCIAL INC., et al., | : : : | |
| Defendants. | : : : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CONSENT TO REMOVAL FROM THE SUPREME COURT, STATE OF NEW YORK, COUNTY OF NEW YORK**

Defendant J.P. Morgan Securities LLC, by its undersigned counsel, without waiving any rights and defenses, including specifically defenses and objections to venue, personal jurisdiction, service and arbitrability, consents to the removal to federal court of the above-captioned action, originally commenced in the Supreme Court of the State of New York, New York County, Case No. 652441/2011, pursuant to the *Notice of Removal* filed by Defendants Ally Financial Inc., GMAC Mortgage Group, Inc., Residential Capital LLC, GMAC-RFC Holding Company, LLC, Residential Funding Company, LLC, Ally Securities, LLC, Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation and Residential Accredit Loans, Inc.

Dated: October 7, 2011

-2-

        Respectfully submitted,

        By: */s/ Penny Shane*
        Penny Shane (shanep@sullcrom.com)
        Sharon L. Nelles (nelless@sullcrom.com)
        Jonathan M. Sedlak (sedlakj@sullcrom.com)
        David A. Castleman (castlemand@sullcrom.com)
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, NY  10004-2498
        Telephone:  212-558-4000
        Facsimile:  212-558-3588

        *Counsel for Defendant J.P. Morgan Securities LLC*