UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, : <br> as Conservator for the FEDERAL HOME <br> LOAN MORTGAGE CORPORATION, : | 11 Civ. 7010 (RJH) |
| Plaintiff, : | **CERTIFICATE OF SERVICE** |
| : | |
| – against – | |
| : | |
| ALLY FINANCIAL INC. etc., et al., : | |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - x

The undersigned member of the Bar of this Court certifies that on October 6, 2011, the NOTICE OF REMOVAL and the ALLY DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT were served via UPS Next-Day Air on the counsel identified on the annexed Ally Service List of October 6, 2011.

Dated:  New York, New York
        October 10, 2010

_____
Michael O. Ware
*mware@mayerbrown.com*
MAYER BROWN LLP
1675 Broadway
New York, N.Y. 10019
(212) 506-2500

*Attorneys for defendant Ally Financial Inc.*

Ally Service List of October 6, 2011

Marc E. Kasowitz, Esq.
Hector Torres, Esq.
KASOWITZ, BENSON, TORRES
   & FRIEDMAN LLP
   1633 Broadway
   New York, N.Y. 10019
*Attorneys for plaintiff*

Joseph E. Neuhaus, Esq.
Penny Shane, Esq.
Sharon L. Nelles, Esq.
SULLIVAN & CROMWELL LLP
   125 Broad St.
   New York, N.Y. 10004
*Attorneys for defendant J.P. Morgan*
   *Securities LLC*

Richard W. Clary, Esq.
Michael T. Reynolds, Esq.
CRAVATH, SWAINE & MOORE LLP
   Worldwide Plaza
   825 Eighth Ave.
   New York, N.Y. 10019
*Attorneys for defendant Credit Suisse*
   *Securities (USA) LLC*

Thomas C. Rice, Esq.
Alan C. Turner, Esq.
SIMPSON THACHER & BARTLETT
   LLP
   425 Lexington Ave.
   New York, N.Y. 10017
*Attorneys for defendant RBS Securities,*
   *Inc.*

Brad S. Karp, Esq.
Susanna M. Buergel, Esq.
PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
   1285 Avenue of the Americas
   New York, N.Y. 10019
*Attorneys for defendant Citigroup Global*
   *Markets Inc.*

David H. Braff, Esq.
Brian T. Frawley, Esq.
SULLIVAN & CROMWELL LLP
   125 Broad St.
   New York, N.Y. 10004
*Attorneys for defendant Barclays Capital*
   *Inc.*

Jay B. Kasner, Esq.
Scott Musoff, Esq.
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
   Four Times Square
   New York, N.Y. 10036
*Attorneys for defendant UBS Securities*
   *LLC*

Theodore Edelman, Esq.
Michael T. Tomaino, Jr., Esq.
SULLIVAN & CROMWELL LLP
   125 Broad St.
   New York, N.Y. 10004
*Attorneys for defendant Goldman, Sachs*
   *& Co.*