UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

FEDERAL HOUSING FINANCE AGENCY, AS
CONSERVATOR FOR THE FEDERAL
HOME LOAN MORTGAGE
CORPORATION,

        Plaintiff,

  -against-

ALLY FINANCIAL INC. f/k/a GMAC, LLC, GMAC MORTGAGE GROUP, INC., RESIDENTIAL CAPITAL LLC f/k/a RESIDENTIAL CAPITAL CORPORATION, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION, ALLY SECURITIES, LLC f/k/a RESIDENTIAL FUNDING SECURITIES, LLC d/b/a GMAC RFC SECURITIES and f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION, RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., RESIDENTIAL ASSET SECURITIES CORPORATION, and RESIDENTIAL ACCREDIT LOANS, INC., J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC. and as successor-in-interest to BEAR, STEARNS & CO. INC., CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC, RBS SECURITIES, INC. d/b/a RBS GREENWICH CAPITAL and f/k/a GREENWICH CAPITAL MARKETS, INC., CITIGROUP GLOBAL MARKETS INC., BARCLAYS CAPITAL INC., UBS SECURITIES LLC, and GOLDMAN, SACHS & CO.,

        Defendants.

------------------------------------- X

11 Civ. 07010 (RJH)

**NOTICE OF
APPEARANCE**

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for plaintiff Federal Finance Housing Agency, as conservator for the Federal Home Loan Mortgage Corporation in the above action.

DATED:  New York, New York
        October 18th, 2011

                KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                /s/ Michael S. Shuster
                Michael S. Shuster
                (mshuster@kasowitz.com)
                Kasowitz, Benson, Torres & Friedman LLP
                1633 Broadway
                New York, NY  10019
                (212) 506-1700

*Attorneys for Federal Finance Housing Agency, as conservator for the Federal Home Loan Mortgage Corporation*