UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
FEDERAL HOUSING FINANCE AGENCY, AS
CONSERVATOR FOR THE FEDERAL
HOME LOAN MORTGAGE
CORPORATION,

        Plaintiff,

  -against-

ALLY FINANCIAL INC. f/k/a GMAC, LLC,
GMAC MORTGAGE GROUP, INC.,
RESIDENTIAL CAPITAL LLC f/k/a
RESIDENTIAL CAPITAL CORPORATION,
GMAC-RFC HOLDING COMPANY, LLC
d/b/a GMAC RESIDENTIAL FUNDING
CORPORATION, RESIDENTIAL FUNDING
COMPANY, LLC f/k/a RESIDENTIAL
FUNDING CORPORATION, ALLY
SECURITIES, LLC f/k/a RESIDENTIAL
FUNDING SECURITIES, LLC d/b/a GMAC
RFC SECURITIES and f/k/a RESIDENTIAL
FUNDING SECURITIES CORPORATION,
RESIDENTIAL ASSET MORTGAGE
PRODUCTS, INC., RESIDENTIAL ASSET
SECURITIES CORPORATION, and
RESIDENTIAL ACCREDIT LOANS, INC.,
J.P. MORGAN SECURITIES LLC f/k/a J.P.
MORGAN SECURITIES, INC. and as
successor-in-interest to BEAR, STEARNS &
CO. INC., CREDIT SUISSE SECURITIES
(USA) LLC f/k/a CREDIT SUISSE FIRST
BOSTON LLC, RBS SECURITIES, INC.
d/b/a RBS GREENWICH CAPITAL and f/k/a
GREENWICH CAPITAL MARKETS, INC.,
CITIGROUP GLOBAL MARKETS INC.,
BARCLAYS CAPITAL INC., UBS
SECURITIES LLC, and GOLDMAN, SACHS
& CO.,

        Defendants.
---------------------------------------- X

11 Civ. 07010 (RJH)

**NOTICE OF**
**APPEARANCE**

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for plaintiff Federal Finance Housing Agency, as conservator for the Federal Home Loan Mortgage Corporation in the above action.

DATED: New York, New York
October 18th, 2011

        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

        /s/ Kanchana Wangkeo Leung
        Kanchana Wangkeo Leung
        (kleung@kasowitz.com)
        Kasowitz, Benson, Torres & Friedman LLP
        1633 Broadway
        New York, NY  10019
        (212) 506-1700

*Attorneys for Federal Finance Housing Agency, as conservator for the Federal Home Loan Mortgage Corporation*