UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FEDERAL HOUSING FINANCE AGENCY, etc.,

                              Plaintiff,

               -against-                                            11 Civ. 7010 (RJH)

Ally Financial Inc., et al.,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:___ DATE FILED: 10/19/11**

## ORDER

RICHARD J. HOLWELL, *District Judge.*

        The order entered in No. 11 Civ. 6189 (LAK) on September 16, 2011 shall apply also to this case.

        SO ORDERED.

Dated:        October 18, 2011

                                                  Richard J. Holwell
                                          United States District Judge