

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FEDERAL HOUSING FINANCE
AGENCY, AS CONSERVATOR FOR THE
FEDERAL HOME LOAN MORTGAGE
CORPORATION,

                Plaintiff,

v.

ALLY FINANCIAL INC., f/k/a GMAC,
Inc., et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 11 Civ. 7010 (RJH)

## STIPULATION AND [~~PROPOSED~~] ORDER 

This Stipulation is entered into between Plaintiff Federal Housing Finance Agency ("Plaintiff" or "FHFA"), and Defendants Ally Financial Inc., GMAC Mortgage Group, Inc., Residential Capital LLC, GMAC-RFC Holding Company, LLC, Residential Funding Company, LLC, Ally Securities, LLC, Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, Residential Accredit Loans, Inc., Credit Suisse Securities (USA) LLC, RBS Securities Inc., Citigroup Global Markets Inc., Goldman, Sachs & Co., Barclays Capital Inc., J.P. Morgan Securities, LLC and UBS Securities LLC (collectively "Defendants") that:

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that, subject to any further agreement between the parties or Order of this Court:

(a)     Defendants' time to move to dismiss, answer or otherwise respond to the Complaint in this action is extended until December 2, 2011;

(b)    Plaintiff's time to oppose any motion to dismiss or otherwise respond is extended until March 2, 2012;

(c)    Defendants' time to reply, as applicable, is extended until April 16, 2012;

(d)    neither Plaintiff nor Defendants waive any rights to seek from each other or the Court, or to oppose, any further adjournments or extensions of these deadlines or any other deadlines; and

(e)    the entry into this stipulation shall not waive any rights, claims or defenses, all of which are expressly preserved.

Dated:    New York, New York
          October 20, 2011

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____
Marc E. Kasowitz
(mkasowitz@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Michael S. Shuster
(mshuster@kasowitz.com)
Christopher P. Johnson
(cjohnson@kasowitz.com)
Michael Hanin (mhanin@kasowitz.com)
Kanchana Wangkeo Leung
(kleung@kasowitz.com)
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Plaintiff Federal Housing Finance Agency*

MAYER BROWN LLP

By: _____
Richard A. Spehr (rspehr@mayerbrown.com)
Michael O. Ware (mware@mayerbrown.com)
S. Christopher Provenzano
(cprovenzano@mayerbrown.com)
1675 Broadway
New York, Ny 10019-5820
Telephone: 212-506-2500
Facsimile: 212-262-1910

*Attorneys for Ally Financial Inc., GMAC Mortgage Group, Inc., Residential Capital LLC, GMAC-RFC Holding Company, LLC, Residential Funding Company, LLC, Ally Securities, LLC, Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, Residential Accredit Loans, Inc.*

-2-

SIMPSON THACHER & BARTLETT LLP

By: _Alan C. Turner /cab_
Thomas C. Rice (trice@stblaw.com)
Alan C. Turner (aturner@stblaw.com)
David J. Woll (dwoll@stblaw.com)
425 Lexington Avenue
New York, NY 10017-3954
Telephone: 212-455-2000
Facsimile: 212-455-2502

*Attorneys for RBS Securities, Inc.*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _Brad S. Karp /cab_
Brad S. Karp (bkarp@paulweiss.com)
Susanna M. Buergel
(sbuergel@paulweiss.com)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
Facsimile: 212-757-3990

*Attorneys for Citigroup Global Markets Inc.*

CRAVATH, SWAINE & MOORE LLP

By: _M. Reynolds_
Richard W. Clary (rclary@cravath.com)
Michael Reynolds (mreynolds@cravath.com)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Facsimile: 212-474-3700

*Attorneys for Credit Suisse Securities (USA) LLC*

SULLIVAN & CROMWELL LLP

By: _____
Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr.
(tomainom@sullcrom.com)
Jordan T. Razza (razzaj@sullcrom.com)
125 Broad Street
New York, NY 10004-2498
Telephone: 212-558-4000

*Attorneys for Goldman, Sachs & Co.*

SULLIVAN & CROMWELL LLP

By: _Jeffrey T. Scott /cab_
David H. Braff (braffd@sullcrom.com)
Brian T. Frawley (frawleyb@sullcrom.com)
Jeffrey T. Scott (scottj@sullcrom.com)
Joshua J. Fritsch (fritschj@sullcrom.com)
125 Broad Street
New York, NY 10004-2498
Telephone: 212-558-4000

*Attorneys for Barclays Capital Inc.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Jay B. Kasner (jay.kasner@skadden.com)
Scott Musoff (scott.musoff@skadden.com)
Robert A. Fumerton
(robert.fumerton.skadden.com)
Four Times Square
New York, NY 10036
Telephone: 212-735-3000
Facsimile: 212-735-2000/1

*Attorneys for UBS Securities LLC*

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP<br><br>By:_____<br>Thomas C. Rice (trice@stblaw.com)<br>Alan C. Turner (aturner@stblaw.com)<br>David J. Woll (dwoll@stblaw.com)<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>Telephone: 212-455-2000<br>Facsimile: 212-455-2502<br><br>*Attorneys for RBS Securities, Inc.* | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>By:_____<br>Brad S. Karp (bkarp@paulweiss.com)<br>Susanna M. Buergel (sbuergel@paulweiss.com)<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: 212-373-3000<br>Facsimile: 212-757-3990<br><br>*Attorneys for Citigroup Global Markets Inc.* |
| CRAVATH, SWAINE & MOORE LLP<br><br>By:_____<br>Richard W. Clary (rclary@cravath.com)<br>Michael Reynolds (mreynolds@cravath.com)<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: 212-474-1000<br>Facsimile: 212-474-3700<br><br>*Attorneys for Credit Suisse Securities (USA) LLC* | SULLIVAN & CROMWELL LLP<br><br>By: /s/ *[signature]*<br>Richard H. Klapper (klapperr@sullcrom.com)<br>Theodore Edelman (edelmant@sullcrom.com)<br>Michael T. Tomaino, Jr. (tomainom@sullcrom.com)<br>Jordan T. Razza (razzaj@sullcrom.com)<br>125 Broad Street<br>New York, NY 10004-2498<br>Telephone: 212-558-4000<br><br>*Attorneys for Goldman, Sachs & Co.* |
| SULLIVAN & CROMWELL LLP<br><br>By:_____<br>David H. Braff (braffd@sullcrom.com)<br>Brian T. Frawley (frawleyb@sullcrom.com)<br>Jeffrey T. Scott (scottj@sullcrom.com)<br>Joshua J. Fritsch (fritschj@sullcrom.com)<br>125 Broad Street<br>New York, NY 10004-2498<br>Telephone: 212-558-4000<br><br>*Attorneys for Barclays Capital Inc.* | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By:_____<br>Jay B. Kasner (jay.kasner@skadden.com)<br>Scott Musoff (scott.musoff@skadden.com)<br>Robert A. Fumerton (robert.fumerton.skadden.com)<br>Four Times Square<br>New York, NY 10036<br>Telephone: 212-735-3000<br>Facsimile: 212-735-2000/1<br><br>*Attorneys for UBS Securities LLC* |

SIMPSON THACHER & BARTLETT LLP

By:_____
Thomas C. Rice (trice@stblaw.com)
Alan C. Turner (aturner@stblaw.com)
David J. Woll (dwoll@stblaw.com)
425 Lexington Avenue
New York, NY 10017-3954
Telephone: 212-455-2000
Facsimile: 212-455-2502

*Attorneys for RBS Securities, Inc.*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:_____
Brad S. Karp (bkarp@paulweiss.com)
Susanna M. Buergel
(sbuergel@paulweiss.com)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
Facsimile: 212-757-3990

*Attorneys for Citigroup Global Markets Inc.*

CRAVATH, SWAINE & MOORE LLP

By:_____
Richard W. Clary (rclary@cravath.com)
Michael Reynolds (mreynolds@cravath.com)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Facsimile: 212-474-3700

*Attorneys for Credit Suisse Securities (USA) LLC*

SULLIVAN & CROMWELL LLP

By:_____
Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr.
(tomainom@sullcrom.com)
Jordan T. Razza (razzaj@sullcrom.com)
125 Broad Street
New York, NY 10004-2498
Telephone: 212-558-4000

*Attorneys for Goldman, Sachs & Co.*

SULLIVAN & CROMWELL LLP

By:_____
David H. Braff (braffd@sullcrom.com)
Brian T. Frawley (frawleyb@sullcrom.com)
Jeffrey T. Scott (scottj@sullcrom.com)
Joshua J. Fritsch (fritschj@sullcrom.com)
125 Broad Street
New York, NY 10004-2498
Telephone: 212-558-4000

*Attorneys for Barclays Capital Inc.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *[signature]*
Jay B. Kasner (jay.kasner@skadden.com)
Scott Musoff (scott.musoff@skadden.com)
Robert A. Fumerton
(robert.fumerton.skadden.com)
Four Times Square
New York, NY 10036
Telephone: 212-735-3000
Facsimile: 212-735-2000/1

*Attorneys for UBS Securities LLC*

SULLIVAN & CROMWELL LLP

By: *Penny Shane* /cab
Penny Shane (shanep@sullcrom.com)
Sharon L. Nelles (nelless@sullcrom.com)
Jonathan M. Sedlak (sedlakj@sullcrom.com)
David A. Castleman (castlemand@sullcrom.com)
125 Broad Street
New York, NY 10004-2498
Telephone: 212-558-4000

*Attorneys for J.P. Morgan Securities, LLC*

SO ORDERED

_____
Richard J. Holwell, U.S.D.J.

10/24/11

-4-