Marc E. Kasowitz (mkasowitz@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Michael S. Shuster (mshuster@kasowitz.com)
Christopher P. Johnson (cjohnson@kasowitz.com)
Charles M. Miller (cmiller@kasowitz.com)
Michael A. Hanin (mhanin@kasowitz.com)
Kanchana Wangkeo Leung (kleung@kasowitz.com)

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL HOME LOAN MORTGAGE CORPORATION,

Plaintiff,

-against-

ALLY FINANCIAL INC. f/k/a GMAC, LLC, *et al.*,

Defendants.

**11 Civ. 7010 (RJH)**

PLEASE TAKE NOTICE that upon the attached declaration of David J. Mark, dated November 7, 2011, and exhibits thereto, and the accompanying memorandum of law, Plaintiff Federal Housing Finance Agency, as conservator for the Federal Home Loan Mortgage Corporation, by and through its undersigned attorneys, moves this Court before the Honorable Richard J. Holwell, United States District Judge, United States District Court, Southern District of New York, for an order, pursuant to 28 U.S.C. §§ 1447(c), 1452(b), and 1334(c), (i) remanding this removed action to the Supreme Court of the State of New York, New York

County, and (ii) awarding Plaintiff its costs and expenses, including attorneys' fees, incurred as a result of this removal.

DATED: New York, New York
November 7, 2011

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

By: /s/ Marc E. Kasowitz

Marc E. Kasowitz (mkasowitz@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Michael S. Shuster (mshuster@kasowitz.com)
Christopher P. Johnson (cjohnson@kasowitz.com)
Charles M. Miller (cmiller@kasowitz.com)
Michael A. Hanin (mhanin@kasowitz.com)
Kanchana Wangkeo Leung (kleung@kasowitz.com)

1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Plaintiff Federal Housing Finance Agency, as Conservator for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation*

TO: Richard A. Spehr (rspehr@mayerbrown.com)
Michael O. Ware (mware@mayerbrown.com)
S. Christopher Provenzano (cprovenzano@mayerbrown.com)
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
(212) 506-2500
*Attorneys for Defendants Ally Financial Inc., GMAC Mortgage Group, Inc., Residential Capital LLC, GMAC-RFC Holding Company, LLC, Residential Funding Company, LLC, Ally Securities, LLC, Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, Residential Accredit Loans, Inc.*

Alan Craig Turner (aturner@stblaw.com)
Thomas C. Rice (trice@stblaw.com)

David W. Woll (dwoll@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000
*Attorneys for Defendant RBS Securities, Inc.*

Brad Scott Karp (bkarp@paulweiss.com)
Susanna M. Buergel (sbuergel@paulweiss.com)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-2384
*Attorneys for Defendant Citigroup Global Markets Inc.*

Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr. (tomainom@sullcrom.com)
Jordan T. Razza (razzaj@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-3588
*Attorneys for Defendant Goldman, Sachs & Co.*

David H. Braff (braffd@sullcrom.com)
Brian T. Frawley (frawleyb@sullcrom.com)
Jeffrey T. Scott (scottj@sullcrom.com)
Joshua J. Fritsch (fritschj@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-3588
*Attorneys for Defendant Barclays Capital Inc.*

Penny Shane (shanep@sullcrom.com)
Sharon L. Nelles (nelless@sullcrom.com)
Jonathan M. Sedlak (sedlakj@sullcrom.com)
David A. Castleman (castlemand@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-3588
*Attorneys for Defendant J.P. Morgan Securities, LLC*

Jay B. Kasner (jkasner@skadden.com)
Scott D. Musoff (smusoff@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, 42nd Fl.
New York, NY 10036
(212) 735-3000
*Attorneys for Defendant UBS Securities LLC*

Michael T. Reynolds (mreynolds@cravath.com)
Richard W. Clary (rclary@cravath.com)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000
*Attorneys for Defendant Credit Suisse Securities (USA) LLC*