```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
FEDERAL HOUSING FINANCE AGENCY, etc., :
                          Plaintiff, :
           -v-                       :
                                     :   11 Civ. 7010 (DLC)
ALLY FINANCIAL INC., et al.,         :
                         Defendants. :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

On November 7, 2011, the Federal Housing Finance Agency ("FHFA") filed a Motion to Remand to State Court. By Order of November 16, 2011, the time to answer or to move to dismiss the complaint in this action was stayed and a conference was scheduled for December 2, 2011 at 2:00 p.m. Notwithstanding this Order of November 16, 2011, it is hereby

ORDERED that the defendants shall have until December 2, 2011 to submit an Opposition to the Motion to Remand to State Court.

IT IS FURTHER ORDERED that the FHFA shall have until December 16, 2011 to submit a Reply to defendants' Opposition to the Motion to Remand to State Court. At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse

Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED:

Dated:    New York, New York
          November 17, 2011

                                _____
                                     DENISE COTE
                              United States District Judge