# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

**Michael O. Ware**
Direct Tel +1 212 506 2593
mware@mayerbrown.com

November 14, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/11

BY UPS NEXT-DAY

Hon. Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl St.
New York, N.Y. 10007



Re: FHFA etc. v. Ally Financial Inc. et al.
 11 Civ. 7010 (RJH)

Dear Judge Holwell:

I am one of the attorneys for defendants Ally Financial Inc.; GMAC Mortgage Group, Inc.; Residential Capital LLC; GMAC-RFC Holding Company, LLC; Residential Funding Company, LLC; Ally Securities, LLC; Residential Asset Mortgage Products, Inc.; Residential Asset Securities Corporation; and Residential Accredit Loans, Inc. The other defendants are represented separately as indicated below.

I write to request the Court's approval of the following schedule on the remand motion plaintiff filed November 7:

    Tuesday, Dec. 6, 2011:    Defendants' deadline to serve papers in opposition; and,

    Monday., Dec. 19, 2011:    Plaintiff's deadline to serve reply papers.

The proposal enlarges each side's time by about a week. No previous request has been made to extend the deadlines on this motion. All parties consent.

Respectfully submitted,

Michael O. Ware

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.

Hon. Richard J. Holwell
November 14, 2011
Page 2

cc by email:

    Kanchana Wangkeo Leung, Esq.
    *Kasowitz, Benson, Torres & Friedman LLP*
       *for plaintiff*

    David H. Braff, Esq.
    Brian T. Frawley, Esq.
    *Sullivan & Cromwell LLP for defendant*
       *Barclays Capital Inc.*

    Brad S. Karp, Esq.
    Susanna M. Buergel, Esq.
    *Paul, Weiss, Rifkind, Wharton*
       *& Garrison LLP for defendant Citigroup*
       *Global Markets Inc.*

    Richard W. Clary, Esq.
    Michael T. Reynolds, Esq.
    *Cravath, Swaine & Moore LLP for defendant*
       *Credit Suisse Securities (USA) LLC*

    Theodore Edelman, Esq.
    Michael T. Tomaino, Jr., Esq.
    *Sullivan & Cromwell LLP for defendant*
       *Goldman, Sachs & Co.*

    Penny Shane, Esq.
    Sharon L. Nelles, Esq.
    *Sullivan & Cromwell LLP for defendant J.P.*
       *Morgan Securities LLC*

    Thomas C. Rice, Esq.
    Alan C. Turner, Esq.
    *Simpson Thacher & Bartlett LLP*
       *for defendant RBS Securities, Inc.*

    Jay B. Kasner, Esq.
    Scott Musoff, Esq.
    *Skadden, Arps, Slate, Meagher & Flom LLP*
       *for defendant UBS Securities LLC*

SO ORDERED

RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
11/16/11