UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

FEDERAL HOUSING FINANCE AGENCY, AS
CONSERVATOR FOR THE FEDERAL HOME
LOAN MORTGAGE CORPORATION,

                Plaintiff,

            - against -

ALLY FINANCIAL, INC., et al.,

                Defendants.

------------------------------------------------

11 Civ. 07010

**ORDER**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/22/11

       This case has been transferred to Judge Cote. On November 17, 2011, Judge Cote issued an order setting forth a briefing schedule on plaintiff's motion to remand. In light of Judge Cote's order, this Court rescinds its order [60] endorsing a letter from defendants, dated November 14, 2011, setting forth a different proposed briefing schedule.

SO ORDERED.

Dated: New York, New York
       November 22, 2011

                                             Richard J. Holwell
                                        United States District Judge