Cote J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

FEDERAL HOUSING FINANCE AGENCY, AS
CONSERVATOR FOR THE FEDERAL HOME
LOAN MORTGAGE CORPORATION,

          Plaintiff,

-against-

ALLY FINANCIAL INC. f/k/a GMAC, LLC et al.

          Defendants.

-----------------------------------------------------------x

Case No.: 11-CV-7010 (DLC)

**ECF CASE**

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that Lazare Potter & Giacovas LLP and Carpenter Lipps & Leland LLP are hereby substituted for Mayer Brown LLP as attorneys for Defendants Residential Capital, LLC, GMAC-RFC Holding Company, LLC, Residential Funding Company, LLC, Ally Securities, LLC, Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, and Residential Accredit Loans, Inc. All notices required to be given, and all papers filed or served in this action, should henceforth be served upon counsel at the addresses set forth below for incoming counsel. A supporting declaration pursuant to Local Civil Rule 1.4 is being filed herewith.

Mayer Brown LLP will continue in the case as counsel for Defendants Ally Financial Inc. and GMAC Mortgage Group Inc. n/k/a GMAC Mortgage Group, LLC.

So ordered.

*/s/ Denise Cote*
March 12, 2012

Dated: New York, New York
~~February~~ March 1, 2012

| | |
|---|---|
| **MAYER BROWN LLP** | **LAZARE, POTTER & GIACOVAS LLP** |
| By: _/s/ Richard A. Spehr_ | By: _/s/ David E. Potter_ |
| Richard A. Spehr | David E. Potter |
| Michael O. Ware | |
| S. Christopher Provenzano | 950 Third Avenue |
| | New York, New York 10022 |
| 1675 Broadway | (212) 784-2402 |
| New York, New York 10019 | dpotter@lpgllp.com |
| (212) 506-2500 | |
| rspehr@mayerbrown.com | *Incoming Co-Counsel for Defendants for* |
| mware@mayerbrown.com | *Residential Capital, LLC, GMAC-RFC* |
| cprovenzano@mayerbrown.com | *Holding Company, LLC, Residential Funding Company, LLC, Ally Securities, LLC, Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, and Residential Accredit Loans, Inc.* |
| *Outgoing Counsel for Defendants for Residential Capital, LLC, GMAC-RFC Holding Company, LLC, Residential Funding Company, LLC, Ally Securities, LLC, Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, and Residential Accredit Loans, Inc.* | **CARPENTER LIPPS & LELAND LLP**<br><br>By: _/s/ Jeffrey A. Lipps_<br>Jeffrey A. Lipps<br><br>280 Plaza, Suite 1300, 280 N. High Street<br>Columbus, Ohio 43215<br>Tel. (614) 365-4100<br>lipps@carpenterlipps.com<br><br>*Incoming Co-Counsel for Defendants for Residential Capital, LLC, GMAC-RFC Holding Company, LLC, Residential Funding Company, LLC, Ally Securities, LLC, Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, and Residential Accredit Loans, Inc.* |

IT IS SO ORDERED

Dated: _____, 2012

_____
Hon. Denise L. Cote
United States District Judge