UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
FEDERAL HOUSING FINANCE AGENCY, AS                                :
CONSERVATOR FOR THE FEDERAL HOME                                  :
LOAN MORTGAGE CORPORATION,                                        :   Case No.:  11-CV-7010 (DLC)
                                                                  :
                         Plaintiff,                               :   **ECF CASE**
                                                                  :
         -against-                                                :
                                                                  :
ALLY FINANCIAL INC. f/k/a GMAC, LLC et al.,                       :
                                                                  :
                         Defendants.                              :
                                                                  :
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that David E. Potter, a member of this Court in good standing, enters his appearance as counsel for defendants Residential Capital, LLC, GMAC-RFC Holding Company, LLC, Residential Funding Company, LLC, Ally Securities, LLC, Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, and Residential Accredit Loans, Inc. in this action.

Dated:  March 13, 2012

                                        Respectfully submitted,


                                         s/David E. Potter
                                        David E. Potter

                                        LAZARE POTTER & GIACOVAS LLP
                                        950 Third Avenue
                                        New York, New York 10022
                                        Telephone: (212) 758-9300
                                        Fax: (212) 888-0919
                                        dpotter@lpgllp.com

2

*Counsel for Defendants Residential Capital, LLC, GMAC-RFC Holding Company, LLC, Residential Funding Company, LLC, Ally Securities, LLC, Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, and Residential Accredit Loans, Inc.*