David E. Potter (DP-9473)
LAZARE POTTER & GIACOVAS LLP
950 Third Avenue
New York, New York 10022
Telephone: (212) 758-9300
Fax: (212) 888-0919
dpotter@lpgllp.com

**MEMO ENDORSED**

DOC # 81

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/15/12

*Attorney for Residential Capital, LLC, GMAC-RFC Holding Company, LLC, Residential Funding Company, LLC, Ally Securities, LLC, Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, and Residential Accredit Loans, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

FEDERAL HOUSING FINANCE AGENCY, AS
CONSERVATOR FOR THE FEDERAL HOME
LOAN MORTGAGE CORPORATION,

                      Plaintiff,

    -against-

ALLY FINANCIAL INC. f/k/a GMAC, LLC et al.,

                      Defendants.

-----------------------------------------------------------x

Case No.: 11-CV-7010 (DLC)

**ECF CASE**

**MOTION TO ADMIT**
**PRO HAC VICE**

*Granted. [signed] Denise Cote, March 15, 2012*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David E. Potter, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of:

    Jeffrey A. Lipps
    Carpenter Lipps & Leland LLP
    280 Plaza, Suite 1300
    280 North High Street
    Columbus, Ohio 43215

Jeffrey A. Lipps is a member in good standing of the Bar of the State of Ohio and there are no pending disciplinary proceedings against Jeffrey A. Lipps in any state or federal court.

Dated: New York, New York
      March 13, 2012

                      Respectfully submitted,

                      David E. Potter (DP-9473)
                      LAZARE POTTER & GIACOVAS LLP
                      950 Third Avenue
                      New York, New York 10022
                      Telephone: (212) 758-9300
                      Fax: (212) 888-0919
                      dpotter@lpgllp.com

                      Attorneys for Defendants Residential Capital, LLC,
                      GMAC-RFC Holding Company, LLC, Residential
                      Funding Company, LLC, Ally Securities, LLC,
                      Residential Asset Mortgage Products, Inc.,
                      Residential Asset Securities Corporation, and
                      Residential Accredit Loans, Inc.