UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>ALLY FINANCIAL INC. f/k/a GMAC, LLC, GMAC MORTGAGE GROUP, INC., RESIDENTIAL CAPITAL LLC f/k/a RESIDENTIAL CAPITAL CORPORATION, GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION, RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION, ALLY SECURITIES, LLC f/k/a RESIDENTIAL FUNDING SECURITIES, LLC d/b/a GMAC RFC SECURITIES and f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION, RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., RESIDENTIAL ASSET SECURITIES CORPORATION, RESIDENTIAL ACCREDIT LOANS, INC., J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC. and as Successor-in-Interest to BEAR, STEARNS & CO., INC., CREDIT SUISSE SECURITIES (USA) LLC f/k/a/ CREDIT SUISSE FIRST BOSTON LLC, RBS SECURITIES, INC. d/b/a RBS GREENWICH CAPITAL and f/k/a GREENWICH CAPITAL MARKETS, INC., CITIGROUP GLOBAL MARKETS INC., BARCLAYS CAPITAL INC., UBS SECURITIES LLC, and GOLDMAN, SACHS & CO.,<br><br>      Defendants. | No. 11 Civ. 7010 (DLC)<br><br>ECF Case<br><br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Paul, Weiss, Rifkind, Wharton & Garrison LLP, by Caitlin E. Grusauskas, shall appear as counsel for Defendant Citigroup Global Markets Inc. in the above-captioned matter.

Dated: New York, New York
March 21, 2012

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Caitlin E. Grusauskas
Caitlin E. Grusauskas
cgrusauskas@paulweiss.com

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.:   (212) 373-3573
Fax:   (212) 492-0573

*Counsel for Defendant*
*Citigroup Global Markets Inc.*