# HOLWELL SHUSTER & GOLDBERG LLP

335 Madison Avenue, 9th Floor
New York, New York 10017
Tel: (646) 837-5151
Fax: (646) 837-5150
www.hsgllp.com

**MEMO ENDORSED**

*Michael S. Shuster*
*(646) 837-5153*
*mshuster@hsgllp.com*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/12

March 19, 2012

**VIA U.S. MAIL**

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007-1312

      Re:    Federal Housing Finance Agency, as Conservator for the Federal Home
              Loan Mortgage Coporation v. Ally Financial Inc. et al, 11-cv-07010-DLC

Dear Judge Cote:

      I entered my individual appearance in the above-referenced matter on October 18, 2011 (D.E. 42). I write to inform the Court that I am no longer a member of Kasowitz, Benson, Torres & Friedman LLP ("KBTF"), the firm acting as counsel to plaintiff Federal Housing Finance Agency ("FHFA") in this matter. FHFA continues to be represented by KBTF, and no substitution of counsel has occurred nor has my new firm, Holwell Shuster & Goldberg LLP, been engaged to represent FHFA in this matter as co-counsel. Accordingly, I respectfully request that the Court enter an order removing me from the docket and ECF distribution in connection with the above-referenced matter.

                                                       Respectfully submitted,

*Granted.*
*[signature]*
*March 23, 2012*

                                                       Michael S. Shuster

cc: Managing Attorney, Kasowitz, Benson, Torres & Friedman LLP (via email)