**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
                                                               :
FEDERAL HOUSING FINANCE AGENCY, etc.,                          :
                                                               :
                Plaintiff,                       :   11 Civ. 5201 (DLC)
                                                               :
v.                                                             :
                                                               :
UBS AMERICAS, INC., et al.,                                    :
                                                               :
                Defendants.                      :
-------------------------------------------------------------- x
                                                               :
FEDERAL HOUSING FINANCE AGENCY, etc.,                          :
                                                               :
                Plaintiff,                       :   11 Civ. 6188 (DLC)
                                                               :
v.                                                             :
                                                               :
JPMORGAN CHASE & CO., et al.,                                  :
                                                               :
                Defendants.                      :
-------------------------------------------------------------- x
                                                               :
FEDERAL HOUSING FINANCE AGENCY, etc.,                          :
                                                               :
                Plaintiff,                       :   11 Civ. 6189 (DLC)
                                                               :
v.                                                             :
                                                               :
HSBC NORTH AMERICA HOLDINGS, INC., et al.,                     :
                                                               :
                Defendants.                      :
-------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/12

```
------------------------------------------------- x
                                                  :
FEDERAL HOUSING FINANCE AGENCY, etc.,             :     11 Civ. 6190 (DLC)
                                                  :
                            Plaintiff,            :
                                                  :
      v.                                          :
                                                  :
BARCLAYS BANK PLC, et al.,                        :
                                                  :
                            Defendants.           :
------------------------------------------------- x
                                                  :
FEDERAL HOUSING FINANCE AGENCY, etc.,             :
                                                  :
                            Plaintiff,            :     11 Civ. 6192 (DLC)
                                                  :
      v.                                          :
                                                  :
DEUTSCHE BANK AG, et al.,                         :
                                                  :
                            Defendants.           :
------------------------------------------------- x
                                                  :
FEDERAL HOUSING FINANCE AGENCY, etc.,             :
                                                  :
                            Plaintiff,            :     11 Civ. 6193 (DLC)
                                                  :
      v.                                          :
                                                  :
FIRST HORIZON NATIONAL CORP., et al.,             :
                                                  :
                            Defendants.           :
------------------------------------------------- x
```

```
------------------------------------------------------------- x
FEDERAL HOUSING FINANCE AGENCY, etc.,                         :
                                                              :    11 Civ. 6195 (DLC)
                        Plaintiff,                            :
                                                              :
        v.                                                    :
                                                              :
BANK OF AMERICA CORP., et al.,                                :
                                                              :
                        Defendants.                           :
------------------------------------------------------------- x
                                                              :
FEDERAL HOUSING FINANCE AGENCY, etc.,                         :
                                                              :
                        Plaintiff,                            :    11 Civ. 6196 (DLC)
                                                              :
        v.                                                    :
                                                              :
CITIGROUP INC., et al.,                                       :
                                                              :
                        Defendants.                           :
------------------------------------------------------------- x
                                                              :
FEDERAL HOUSING FINANCE AGENCY, etc.,                         :
                                                              :    11 Civ. 6198 (DLC)
                        Plaintiff,                            :
                                                              :
        v.                                                    :
                                                              :
GOLDMAN, SACHS & CO., et al.,                                 :
                                                              :
                        Defendants.                           :
------------------------------------------------------------- x
```

```
------------------------------------------------------------x
FEDERAL HOUSING FINANCE AGENCY, etc.,           :
                                                :    11 Civ. 6200 (DLC)
                              Plaintiff,        :
                                                :
        v.                                      :
                                                :
CREDIT SUISSE HOLDINGS (USA), INC., et al.,     :
                                                :
                              Defendants.       :
------------------------------------------------------------x

                                                :
FEDERAL HOUSING FINANCE AGENCY, etc.,           :
                                                :    11 Civ. 6201 (DLC)
                              Plaintiff,        :
                                                :
        v.                                      :
                                                :
NOMURA HOLDING AMERICA, INC., et al.,           :
                                                :
                              Defendants.       :
------------------------------------------------------------x

                                                :
FEDERAL HOUSING FINANCE AGENCY, etc.,           :
                                                :    11 Civ. 6202 (DLC)
                              Plaintiff,        :
                                                :
        v.                                      :
                                                :
MERRILL LYNCH & CO., INC., et al.,              :
                                                :
                              Defendants.       :
------------------------------------------------------------x
```

```
-------------------------------------------------- x
                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,              :    11 Civ. 6203 (DLC)
                                                   :
                              Plaintiff,           :
                                                   :
v.                                                 :
                                                   :
SG AMERICAS, INC., et al.,                         :
                                                   :
                              Defendants.          :
-------------------------------------------------- x

-------------------------------------------------- x
                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,              :
                                                   :
                              Plaintiff,           :    11 Civ. 6739 (DLC)
                                                   :
v.                                                 :
                                                   :
MORGAN STANLEY, et al.,                            :
                                                   :
                              Defendants.          :
-------------------------------------------------- x

-------------------------------------------------- x
                                                   :
FEDERAL HOUSING FINANCE AGENCY, etc.,              :
                                                   :
                              Plaintiff,           :    11 Civ. 7010 (DLC)
                                                   :
v.                                                 :
                                                   :
ALLY FINANCIAL INC., et al.,                       :
                                                   :
                              Defendants.          :
-------------------------------------------------- x
```

```
------------------------------------------------------------ x
                                                             :
FEDERAL HOUSING FINANCE AGENCY, etc.,                        :    11 Civ. 7048 (DLC)
                                                             :
                        Plaintiff,                           :
                                                             :
v.                                                           :
                                                             :
GENERAL ELECTRIC COMPANY, et al.,                            :
                                                             :
                        Defendants.                          :
                                                             x
------------------------------------------------------------
```

### [PROPOSED] ORDER

WHEREAS, by Order dated September 11, 2012, the United States Court of Appeals for the Second Circuit granted an interim stay of all proceedings in the above-captioned actions, pending a final decision by a motions panel on the UBS Defendants' motion to stay proceedings (the "Motion");

WHEREAS, by Order dated October 1, 2012, a motions panel of the Second Circuit denied the Motion and, consequently, the interim stay expired;

WHEREAS, the interim stay lasted for a period of 20 days;

WHEREAS, prior to the imposition of the interim stay, the parties to the above-captioned actions were proceeding under this Court's Pretrial Scheduling Order, dated June 14, 2012 (the "Scheduling Order");

WHEREAS, as was the case before the interim stay, the parties reserve the right to seek relief from the deadlines prescribed by the Scheduling Order and any adjusted deadlines thereto;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

(1) Certain deadlines prescribed by the Scheduling Order shall be adjusted by 20 days (or the next business day thereafter), as follows:

| Event | Current Deadline | ~~Proposed~~ **or** Adjusted Deadline |
|---|---|---|
| Document production in all cases must be substantially complete | September 30, 2012 | October 22, 2012 |
| Parties shall file submissions addressed to (1) the schedule for expert discovery in each case, (2) limitations on depositions of third parties in each case, and (3) protocols for noticing and scheduling depositions | November 1, 2012 | ~~November 21, 2012~~ c. November 8, 2012 |
| Status conference for all parties in all actions | November 9, 2012 | ~~November 29, 2012 (or the Court's earliest available date thereafter)~~ November 15, 2012 at 2 p.m. |
| Depositions begin in all cases | January 2, 2013 | January 22, 2013 |
| All fact and expert discovery in the UBS Action must be completed | June 14, 2013 | July 5, 2013 |
| Deadline to file any summary judgment motions in the UBS Action | July 12, 2013 | ~~August 1, 2013~~ c. [TBA] |
| Opposition to summary judgment motions due in the UBS Action | August 9, 2013 | ~~August 29, 2013~~ c. [TBA] |
| Reply briefs in support of summary judgment motions due in the UBS Action | August 30, 2013 | ~~September 19, 2013~~ c. August 30, 2013 |

(2) All responses and objections to outstanding document requests shall be served by October 10, 2012; and

(3) Plaintiff shall provide to Defendants its proposed sampling protocols for all actions for which it has not yet done so by October 10, 2012.

*Denise Cote*
October 5, 2012

7

**IT IS SO ORDERED.**

Dated:  New York, New York
        October ___, 2012

_____
UNITED STATES DISTRICT JUDGE