**MEMO ENDORSED**

SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

May 24, 2013

Hon. Denise L. Cote,
   United States District Judge,
      Daniel Patrick Moynihan
         United States Courthouse,
           500 Pearl St.,
              New York, New York 10007-1312

      Re:    <u>FHFA Actions, No. 11-cv-5201 (DLC), et al.</u>

Your Honor:

        We write to request an enlargement of time and pages for Defendants' Reply Memorandum of Law Regarding Applicable Legal Standards and the Appropriate Standards for Discovery in Light of the Applicable Legal Standards. In light of the importance of the issues, the parties previously agreed to and the Court previously approved additional time for filing both the opening and opposition papers. For reply, Defendants seek additional time and space to present the facts and law implicated by FHFA's opposition papers, and to coordinate the presentation among the many institutional and individual Defendants. Additional time is also needed because the time previously allotted spans the Memorial Day holiday weekend, when many lawyers with responsibility for these actions will be traveling and spending time with family. FHFA has declined to afford Defendants the additional two days or the additional five pages requested.

Respectfully,

Penny Shane

*Granted. The reply is due May 30, 2013.*

*Denise Cote*
*May 24, 2013*