UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,

          Plaintiff,

-against-

UBS AMERICAS INC., et al.,

          Defendants,

And other FHFA cases.

---

11 Civ. 5201 (DLC)
11 Civ. 6188 (DLC)
11 Civ. 6189 (DLC)
11 Civ. 6190 (DLC)
11 Civ. 6192 (DLC)
11 Civ. 6193 (DLC)
11 Civ. 6195 (DLC)
11 Civ. 6196 (DLC)
11 Civ. 6198 (DLC)
11 Civ. 6200 (DLC)
11 Civ. 6201 (DLC)
11 Civ. 6202 (DLC)
11 Civ. 6203 (DLC)
11 Civ. 6739 (DLC)
11 Civ. 7010 (DLC)

**[PROPOSED] ORDER AMENDING THE SUPPLEMENTAL EXPERT SCHEDULING ORDER FOR TRANCHES 3 AND 4**

---

      WHEREAS, the Court entered a Supplemental Expert Scheduling Order for Tranches 3 and 4 (the "Supplemental ESO") on February 27, 2013, that set deadlines relating to the production and identification of, and stipulation to, Guidelines[1] and Loan Files relating to Sample Loans at issue in *FHFA v. Deutsche Bank AG, et al.*, 11-cv-6192, *FHFA v. Goldman, Sachs & Co., et al.*, 11-cv-6198, and *FHFA v. Credit Suisse Holdings (USA), Inc., et al.*, 11-cv-6200 (collectively, the "Tranche 3 Actions") and in *FHFA v. HSBC North America Holdings, Inc., et al.*, 11-cv-6189, *FHFA v. Barclays Bank PLC, et al.*, 11-cv-6190, *FHFA v. First Horizon*

---

[1] Unless otherwise defined herein, the defined terms in this Order shall have the meanings defined in the Supplemental ESO and in the Expert Scheduling Order dated November 26, 2012 (the "ESO").

1

*National Corp., et al.*, 11-cv-6193, *FHFA v. Bank of America Corp., et al.*, 11-cv-6195, *FHFA v. Nomura Holding America, Inc., et al.*, 11-cv-6201, *FHFA v. SG Americas, Inc., et al.*, 11-cv-6203, *FHFA v. Morgan Stanley, et al.*, 11-cv-6739, and *FHFA v. Ally Financial, Inc., et al.*, 11-cv-7010 (collectively, the "Tranche 4 Actions");

WHEREAS, the Plaintiff ("FHFA") and the Defendants in the Tranche 3 and 4 Actions (together, the "Parties") have worked cooperatively to obtain and identify the Loan Files relating to the Sample Loans at issue in the Tranche 3 and 4 Actions;

WHEREAS, the Parties have been unable to procure certain Loan Files relating to the Sample Loans at issue in the Tranche 3 and 4 Actions and FHFA intends to supplement the Sample Loans by designating additional loans underlying Supporting Loan Groups of the Securitizations contained in Exhibit 1 ("Supplemental Sample Loans") in a manner consistent with the methodology disclosed in the Expert Report of Charles D. Cowan Ph.D. Regarding The Selection Of Statistically Valid Random Samples Of Mortgage Loans for Fifteen FHFA Actions dated October 10, 2012 ("Cowan Report");

WHEREAS, after meeting and conferring, the Parties reached an agreement on a schedule for the production and identification of, and stipulation to Supplemental Sample Loans;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. FHFA shall identify the Supplemental Sample Loans to the Defendants in the Tranche 3 and 4 Actions by June 12, 2013 (except for the Securitizations INDX 2005-AR18 and INDX 2005-AR27, for which FHFA shall identify Supplemental Sample Loans by June 17, 2013). To the extent FHFA utilizes a different methodology for any Securitization than disclosed in the Cowan Report, FHFA shall disclose that methodology by June 19, 2013. The parties reserve all rights regarding FHFA's supplementation of its sample.

2.   If FHFA elects not to supplement a sample for one of the Securitizations contained in Exhibit 1, it shall so inform Defendants on June 12, 2013; the deadline for production, identification, and stipulation of Loan Files and applicable Guidelines relating to Sample Loans in such a Securitization shall be June 17, 2013.

3.   The Parties shall work together on an expedited and good faith basis to seek production by July 19, 2013 of Loan Files and applicable Guidelines relating to the Supplemental Sample Loans;

4.   The Parties shall engage in a good faith effort to identify and stipulate to the Loan Files and Guidelines relating to the Supplemental Sample Loans in the manner set forth in Paragraphs 1 and 2 of the ESO, and consistent with the Court's March 19, 2013 Order.

5.   The deadline for identification and stipulation for Loan Files and Guidelines relating to all Sample Loans in FHFA's samples for the Securitizations contained in Exhibit 1 shall be August 2, 2013.  By August 2, 2012, FHFA shall identify the Sample Loans and Supplemental Sample Loans in these Securitizations that it intends to re-underwrite; if FHFA changes its determination of which such Loans it intends to re-underwrite (for example, based on production of new Loan File or Guideline documents after August 2, 2012), it shall promptly inform Defendants.

**SO ORDERED:**

Dated: *June 11*, 2013

*Denise Cote*

Hon. Denise L. Cote
United States District Judge

# EXHIBIT 1

| No. | Defendant | Securitization |
|---|---|---|
| 1. | Ally | RAMP 2005-RS9 |
| 2. | Barclays | ARSI 2005-W5 |
| 3. | Barclays | CBASS 2006-CB1 |
| 4. | BoA | BAFC 2006-G |
| 5. | BoA | BAFC 2006-H |
| 6. | BoA | BOAA 2005-10 |
| 7. | BoA | BOAA 2005-11 |
| 8. | BoA | BOAA 2005-12 |
| 9. | BoA | BOAA 2006-1 |
| 10. | BoA | BOAA 2006-2 |
| 11. | BoA | BOAA 2006-3 |
| 12. | BoA | NSTR 2007-C |
| 13. | BoA | OOMLT 2007-2 |
| 14. | BoA | OOMLT 2007-FXD1 |
| 15. | Credit Suisse | AHMA 2005-1 |
| 16. | Credit Suisse | AMSI 2005-R11 |
| 17. | Credit Suisse | ARMT 2005-10 |
| 18. | Credit Suisse | CSFB 2005-11 |
| 19. | Credit Suisse | CSFB 2005-12 |
| 20. | Credit Suisse | CSMC 2006-1 |
| 21. | Credit Suisse | FMIC 2005-3 |
| 22. | Credit Suisse | FMIC 2007-1 |
| 23. | Credit Suisse | HEAT 2005-7 |
| 24. | Credit Suisse | HEAT 2005-8 |
| 25. | Credit Suisse | HEAT 2005-9 |
| 26. | Credit Suisse | HEAT 2006-1 |
| 27. | Credit Suisse | HEAT 2006-4 |
| 28. | Credit Suisse | HEAT 2006-5 |
| 29. | Credit Suisse | HEAT 2006-6 |
| 30. | Credit Suisse | HEAT 2007-1 |
| 31. | Deutsche Bank | ACE 2005-ASAP1 |
| 32. | Deutsche Bank | ACE 2005-HE6 |
| 33. | Deutsche Bank | ACE 2005-HE7 |
| 34. | Deutsche Bank | ACE 2006-ASAP1 |
| 35. | Deutsche Bank | ACE 2006-ASAP2 |
| 36. | Deutsche Bank | ACE 2006-ASAP3 |
| 37. | Deutsche Bank | ACE 2006-ASAP4 |
| 38. | Deutsche Bank | ACE 2006-ASAP5 |
| 39. | Deutsche Bank | ACE 2006-ASAP6 |

| | | |
|---|---|---|
| 40. | Deutsche Bank | ACE 2006-HE1 |
| 41. | Deutsche Bank | ACE 2006-HE2 |
| 42. | Deutsche Bank | ACE 2007-ASAP1 |
| 43. | Deutsche Bank | ACE 2007-ASAP2 |
| 44. | Deutsche Bank | ACE 2007-ASL1 |
| 45. | Deutsche Bank | ACE 2007-HE2 |
| 46. | Deutsche Bank | ACE 2007-HE4 |
| 47. | Deutsche Bank | ACE 2007-HE5 |
| 48. | Deutsche Bank | ACE 2007-SL1 |
| 49. | Deutsche Bank | INDX 2006-AR9 |
| 50. | Deutsche Bank | NHEL 2007-1 |
| 51. | Deutsche Bank | RAST 2005-A15 |
| 52. | Goldman Sachs | GSAA 2005-11 |
| 53. | Goldman Sachs | GSAA 2005-14 |
| 54. | Goldman Sachs | GSAA 2006-2 |
| 55. | Goldman Sachs | GSAA 2006-5 |
| 56. | Goldman Sachs | GSAA 2006-8 |
| 57. | Goldman Sachs | GSAA 2007-6 |
| 58. | Goldman Sachs | GSAMP 2005-HE5 |
| 59. | Goldman Sachs | GSAMP 2005-HE6 |
| 60. | Goldman Sachs | GSAMP 2006-HE3 |
| 61. | Goldman Sachs | GSAMP 2006-HE4 |
| 62. | Goldman Sachs | GSAMP 2006-HE5 |
| 63. | Goldman Sachs | GSAMP 2006-HE7 |
| 64. | Goldman Sachs | GSAMP 2006-HE8 |
| 65. | Goldman Sachs | GSAMP 2007-HE1 |
| 66. | Goldman Sachs | GSAMP 2007-HE2 |
| 67. | Goldman Sachs | GSR 2007-OA1 |
| 68. | Goldman Sachs | INDX 2005-AR18 |
| 69. | Goldman Sachs | INDX 2005-AR27 |
| 70. | Morgan Stanley | MSHEL 2005-4 |
| 71. | Morgan Stanley | MSM 2006-16AX |
| 72. | Morgan Stanley | MSAC 2005-HE5 |
| 73. | Morgan Stanley | MSM 2006-2 |
| 74. | Morgan Stanley | MSM 2007-7AX |
| 75. | Morgan Stanley | AMIT 2005-4 |
| 76. | Morgan Stanley | MSAC 2005-HE6 |
| 77. | Morgan Stanley | MSM 2005-7 |
| 78. | Morgan Stanley | MSM 2005-10 |
| 79. | Nomura | NAA 2005-AR6 |