Submission of Stipulated Loan Files and Guidelines

November 15, 2013

**MEMO ENDORSED**

VIA ECF

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *FHFA v. Deutsche Bank AG, et al.*, 11 Civ. 6192, *FHFA v. HSBC North America Holdings, Inc., et al.*, 11 Civ. 6189, *FHFA v. First Horizon National Corp., et al.*, 11 Civ. 6193, *FHFA v. Nomura Holding America, Inc., et al.*, 11 Civ. 6201, *FHFA v. SG Americas, Inc., et al.*, 11 Civ. 6203, and *FHFA v. Ally Financial, Inc., et al.*, 11 Civ. 7010

Dear Judge Cote:

We write on behalf of Plaintiff Federal Housing Finance Agency ("FHFA") in furtherance of FHFA's November 5, 2013 status report regarding the production, identification, and stipulation of Loan Files and Guidelines in the above-captioned actions. FHFA and the defendants in Ally, Deutsche Bank, First Horizon, HSBC, Nomura and SocGen continue to meet and confer regarding joint submissions to the Court of the parties' stipulated Loan Files and Guidelines. FHFA respectfully requests an extension, until December 3, 2013, of the deadline to submit to the Court the parties' stipulated Loan Files and Guidelines.[1] Thank you for Your Honor's consideration of this submission.

*Granted.*
*Denise Cote*
*11/18/13*

---

[1] Pursuant to FHFA's November 5, 2013 status report, FHFA also intends to submit to the Court the parties' stipulated Loan Files and Guidelines in the *Barclays, Bank of America, Credit Suisse, Goldman Sachs,* and *Morgan Stanley* cases on December 3, 2013. FHFA will meet and confer with the defendants in an effort to submit joint submissions.

**The Honorable Denise L. Cote**                                                         November 15, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ Philippe Z. Selendy | /s/ Richard A. Schirtzer |
| Philippe Z. Selendy | Richard A. Schirtzer |
| (philippeselendy@quinnemanuel.com) | (richardschirtzer@quinnemanuel.com) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Adam Abensohn (adamabensohn@quinnemanuel.com) |
| 51 Madison Avenue, 22nd Floor | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| New York, New York 10010 | 51 Madison Avenue, 22nd Floor |
| (212) 849-7000 | New York, New York 10010 |
| *Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Deutsche Bank AG* | *Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. HSBC North America Holdings, Inc., and FHFA v. Nomura Holding America, Inc.* |
| /s/ Christine H. Chung | /s/ Michael A. Hanin |
| Christine H. Chung | Michael A. Hanin |
| (christinechung@quinnemanuel.com) | (mhanin@kasowitz.com) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP |
| 51 Madison Avenue, 22nd Floor | 1633 Broadway |
| New York, New York 10010 | New York, New York 10019 |
| *Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. First Horizon National Corp.* | *Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Ally Financial Inc. and FHFA v. SG Americas, Inc.* |

cc:     All Counsel of Record