UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>HSBC NORTH AMERICA HOLDINGS, INC., et al.,<br><br>Defendants. | 11 Civ. 6189 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>GOLDMAN SACHS & CO., et al.,<br><br>Defendants. | 11 Civ. 6198 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>ALLY FINANCIAL INC., et al.,<br><br>Defendants. | 11 Civ. 7010 (DLC)<br><br>**NOTICE OF PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF STEPHEN G. RYAN** |

PLEASE TAKE NOTICE that, upon the respective Declaration of Tyler Whitmer and the exhibits attached thereto and Plaintiff's Memorandum in Support of Its Motion to Exclude Expert Testimony of Stephen G. Ryan, dated August 15, 2014, Plaintiff, by its attorneys below, hereby moves this Court for an Order pursuant to Federal Rules of Evidence 401, 402, 403, and 702, as well as *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 597 (1993), excluding from trial the testimony of Defendants' proffered expert, Professor Stephen G. Ryan, and for such other and further relief as the Court may deem just and proper.

DATED:  New York, New York
        August 15, 2014

                                        Respectfully submitted,

By: /s/ Philippe Z. Selendy            By: /s/ Kanchana Wangkeo Leung
Philippe Z. Selendy                    Kanchana Wangkeo Leung
Manisha M. Sheth
Jonathan B. Oblak
Tyler G. Whitmer

QUINN EMANUEL URQUHART &               KASOWITZ, BENSON, TORRES &
SULLIVAN, LLP                          FRIEDMAN, LLP
51 Madison Avenue, 22nd Floor          1633 Broadway
New York, NY 10010-1601                New York, NY 10019
(212) 506-1700                         (212) 506-1700


*Attorneys for Plaintiff Federal Housing Finance Agency,
as Conservator for Fannie Mae and Freddie Mac*