UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
FEDERAL HOUSING FINANCE AGENCY,           :    11cv6189 (DLC)
                                          :    11cv6198 (DLC)
               Plaintiff,                 :    11cv7010 (DLC)
                                          :
     -v-                                  :         ORDER
                                          :
                                          :
HSBC NORTH AMERICA HOLDINGS INC., et      :
al.,                                      :
                                          :
               Defendants,                :
                                          :
And other FHFA cases.                     :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

   By letters of August 20 and 21, 2014, plaintiff FHFA and defendant HSBC raise a dispute concerning the redaction of certain documents related to Dr. John A. Kilpatrick submitted in support of the defendants' August 5, 2014 consolidated motions to exclude his expert testimony.  It is hereby

   ORDERED that FHFA's request for redactions of this material is granted.  To the extent the parties dispute these redactions, they may renew their requests for public filing after the Court resolves the August 5 motions.

Dated:    New York, New York
          August 22, 2014

                              _____
                                       DENISE COTE
                              United States District Judge