UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                      Plaintiff,<br><br>  -against-<br><br>GOLDMAN, SACHS & CO., *et al.*,<br><br>                      Defendants. | 11 Civ. 6198 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                      Plaintiff,<br><br>  -against-<br><br>ALLY FINANCIAL, INC., *et al.*,<br><br>                      Defendants. | 11 Civ. 7010 (DLC) |

**JOINT MOTION TO STAY PROCEEDINGS**

1.      On August 22, 2014, Plaintiff Federal Housing Finance Agency, as Conservator of the Federal Home Loan Mortgage Corporation and the Federal National Mortgage Association (collectively, "Plaintiff"), and Defendants Goldman, Sachs & Co. ("Goldman"), GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Peter C. Aberg, Howard S. Altarescu, Robert J. Christie, Kevin Gasvoda, Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L.

Sparks, and Mark Weiss (collectively, the "Goldman Sachs Defendants") entered into settlement agreements (the "Agreements") to resolve claims in *Federal Housing Finance Agency v. Goldman, Sachs & Co., et al.*, No. 11 Civ. 6198 (DLC) (S.D.N.Y.) (the "*Goldman Sachs* Action"), and claims against Goldman in *Federal Housing Finance Agency v. Ally Financial Inc., et al.*, No. 11 Civ. 7010 (DLC) (S.D.N.Y.) (the "*Ally* Action").

2.  Under the terms of the Agreements, Plaintiff and the Goldman Sachs Defendants (the "Parties") agreed jointly to move for a stay of the claims against the Goldman Sachs Defendants in the *Goldman Sachs* and *Ally* Actions within one business day of executing the Agreement.

3.  In accordance with the terms of the Agreements, the Parties shall jointly file a stipulation of voluntary dismissal with prejudice of the *Goldman Sachs* and *Ally* Actions within one business day of the GSEs' receipt of the Payments. Presently, the Parties anticipate the Payments to be made on or before August 27, 2014;

4.  The Parties, therefore, request that the Court enter the enclosed proposed order granting the Parties' Motion to Stay Proceedings until the *Goldman Sachs* and *Ally* Actions have been dismissed.

Dated: August 22, 2014
  New York, New York

Respectfully submitted,

By: /s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Manisha M. Sheth
(manishasheth@quinnemanuel.com)
Jordan A. Goldstein
(jordangoldstein@quinnemanuel.com)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue
22nd Floor
New York, New York 10010
Tel. (212) 849-7000
Fax. (212) 849-7100

By: /s/ Christopher P. Johnson
Christopher P. Johnson
(cjohnson@kasowitz.com)
Michael A. Hanin
(mhanin@kasowitz.com)
Kanchana Wangkeo Leung
(kleung@kasowitz.com)
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York  10019
Tel. (212) 506-1805

*Attorneys for Plaintiff*
*Federal Housing Finance Agency*

By: /s/ Richard H. Klapper
Richard H. Klapper
(klapperr@sullcrom.com)
Theodore Edelman
(edelmant@sullcrom.com)
Bradley A. Harsch
(harschb@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel. (212) 558-4000
Fax. (212) 558-3588

*Attorneys for the Goldman Sachs Defendants*